JUNE 1, 1981

No. 80–1694. ATWOOD VACUUM MACHINE CO. *v.* FORD MOTOR CO. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–6502. PRENZLER *v.* PIKE ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–6646. WHITE *v.* UNITED STATES. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–6280. HARRIS *v.* GEORGIA. Appeal from Sup. Ct. Ga. Motion of appellant for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Steagald* v. *United States,* 451 U. S. 204 (1981).

No. A–944. BUETTNER-JANUSCH *v.* UNITED STATES. C. A. 2d Cir. Application for stay and continued bail, addressed to JUSTICE STEVENS and referred to the Court, denied.